IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tri-State Expedited Services, Inc.,    Case No. 3:06CV01603

    Plaintiff

    v.    TEMPORARY RESTRAINING ORDER

Cameron Madaj,

    Defendant

Hearing held on plaintiff's motion for temporary restraining order held.

It is hereby

ORDERED THAT:

1. The defendant, Cameron Madaj, be, and he hereby is temporarily enjoined and restrained pending further court order from: a) having any contact or communication with a present or former customer of plaintiff Tri-State Expedited Services, Inc.; b) using in any way and for whatever purpose confidential information, including without limitation customer lists, pricing, and similar information; and c) disclosing in any way and for whatever purpose confidential information, including without limitation customer lists, pricing, and similar information to any third party, including without limitation an entity known/doing business

as Panther II Trucking or any of its officers, employees, agents, or persons or entities working with, for, or in concert with Panther II Trucking.

2. In the event that the defendant is contacted by a present or former customer of the plaintiff, he shall immediately notify the person[s] contacting him: a) of the pendency of this litigation; b) the existence of this Temporary Restraining Order; and c) that he can have no further contact with such person[s] pending further court order.

3. Failure to comply with this Order shall result in sanctions for contempt of court, including, without limitation, entry of judgment by default, entry of a permanent injunction as may be requested by the plaintiff, and imposition of costs and reasonable attorneys' fees;

4. Hearing on plaintiff's motion for preliminary injunction set for Friday, July 14, 2006, at 10:00 a.m. before the undersigned.

5. Plaintiff to post bond of $1,000 by noon, July 6, 2006; this Order is in full force and effect forthwith.

So ordered.

                                        s/James G. Carr
                                        James G. Carr
                                        Chief Judge

Entered:

July 5, 2006
2:39 p.m.